UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER ANTHONY PEREZ , <br><br> Plaintiff(s), <br><br> v. <br><br> LIBERTY MUTUAL GROUP, INC. ET AL. , <br> Defendant(s). | Case No. 4:25-cv-08775-HSG <br><br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jordan Hilton_____, an active member in good standing of the bar of

the Utah Supeme Court_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Liberty Mutual Group, Inc._____ in the

above-entitled action. My local co-counsel in this case is Ankur Mandhania_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: CA 302373_____.

| | |
|---|---|
| 201 S. Main Street, Suite 1100 <br> Salt Lake City, UT 84111 | 575 Market Street, Suite 2500 <br> San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (801) 907-2700 | (415) 874-4263 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jhilton@mayerbrown.com | amandhania@mayerbrown.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: UT 17506_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution

3  Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __December 9, 2025__                    /s/ Jordan Hilton _____
                                                    APPLICANT

5

6

7

8              ORDER GRANTING APPLICATION

9          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of __Jordan Hilton_____ is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: _____12/10/2025_____

16

17                        _Haywood S. Gill, Jr._____
                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                                  2



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

### IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA   } ss.

STATE OF UTAH

    I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein JORDAN CLARKE HILTON, #17506, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 10th day of August, 2020.

    I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 24th day of January, A.D. 2025