Joshua H. Haffner, Esq. SBN 188652
jhh@haffnerlawyers.com
Alfredo Torrijos, SBN 222458
at@haffnerlawyers.com
Vahan Mikayelyan, Esq. SBN 337023
vh@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Shaun C. Setareh, SBN 204514
shaun@setarehlaw.com
Thomas A. Segal, SBN 222791
thomas@setarehlaw.com
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

*Counsel for Plaintiff*

Ankur Mandhania (SBN 302373)
**MAYER BROWN LLP**
575 Market Street, Suite 2500
San Francisco, California 94105
Telephone: (415) 874-4230
Facsimile: (650) 331-2060
amandhania@mayerbrown.com

Nancy G. Ross (*Pro Hac Vice*)
Richard E. Nowak (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
nross@mayerbrown.com
rnowak@mayerbrown.com

Jordan C. Hilton (*Pro Hac Vice*)
**MAYER BROWN LLP**
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 907-2700
Facsimile: (202) 263-3300
jhilton@mayerbrown.com

*Counsel for Defendants Liberty Mutual Group, Inc., and Liberty Mutual Retirement Committee*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LESTER PEREZ, individually, and as representative of a class of participants and beneficiaries and on behalf of the Liberty Mutual 401K Plan,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL RETIREMENT COMMITTEE<br><br>Defendants. | Case No. 4:25-cv-08775-HSG<br><br>**AMENDED JOINT STIPULATION AND ORDER TO SET DEADLINE TO FILE AMENDED COMPLAINT, RESPOND TO AMENDED COMPLAINT, AND CONTINUE CASE MANAGEMENT CONFERENCE AND RESET RELATED DEADLINES (as modified)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-1 and 6-2 of the Northern District of California, and the Clerk's Notice dated December 29, 2025 (Dkt. 30), Plaintiff Lester Perez ("Plaintiff") and Defendants Liberty Mutual Group, Inc. and Liberty Mutual Retirement Committee (collectively, "Liberty Mutual") (collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request the Court extend certain existing case deadlines as follows:

WHEREAS, Plaintiff filed this lawsuit against Liberty Mutual as well as Fidelity Management Trust Company and Strategic Advisors, Inc. (collectively "Fidelity Defendants") on October 14, 2025 (Dkt. 1);

WHEREAS, Liberty Mutual executed waivers of service of summons on November 10, 2025 (Dkts. 12 & 13);

WHEREAS, Liberty Mutual's deadline to answer or otherwise respond to the Complaint is January 9, 2026;

WHEREAS, Plaintiff voluntarily dismissed his claims against the Fidelity Defendants in the Complaint on December 4, 2025 (Dkts. 15 & 16);

WHEREAS, Plaintiff intends to file an Amended Complaint to address the dismissal of the Fidelity Defendants and the overlapping recordkeeping and administrative fee claims in the Complaint and in the pending ERISA lawsuit captioned *Ahmed v. Liberty Mutual Group, Inc.*, No. 3:20-cv-30056 (D. Mass., filed Apr. 10, 2020);

WHEREAS, in light of the upcoming holidays, Plaintiff agrees to file the Amended Complaint by January 8, 2026;

WHEREAS, on October 16, 2025, Magistrate Judge Thomas S. Hixson entered the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 5), which included the following deadlines: (1) deadline to file ADR certification and meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan (December 26, 2025); (2) deadline to make initial disclosures and file joint case management statement (January 8, 2026); and (3) initial case management conference (January 15, 2026);

1  WHEREAS, on October 17, 2025, this lawsuit was reassigned to District Judge Haywood S. Gilliam, Jr. (Dkt. 9), and, on October 20, 2025, the initial case management conference was rescheduled to January 27, 2026, and the deadline to file a joint case management statement was rescheduled to January 20, 2026 (Dkt. 11). The other deadlines in the October 16, 2025 Order remained in effect;

WHEREAS, the existing case deadlines would require the Parties to meet and confer on initial disclosures, discovery, and ADR, and to start preparing a joint case management statement before Plaintiff files the Amended Complaint;

WHEREAS, it will be more efficient and effective for the Parties to meet and confer on initial disclosures and discovery, and start preparing the joint case management statement after Plaintiff files the Amended Complaint;

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and have agreed to stipulate to deadlines for Plaintiff to file the Amended Complaint and for Liberty Mutual to respond to Plaintiff's Amended Complaint, and for corresponding extensions of the meet-and-confer and other submission deadlines included in the October 16, October 17, and October 20 Orders (Dkts. 5, 9, 11);

WHEREAS, by making this stipulation, the Parties reserve and do not waive any of their respective arguments, claims, or defenses, including with respect to the appropriate scope of discovery, if any, prior to the Court's resolution of Liberty Mutual's anticipated motion to dismiss Plaintiff's Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to the Court's approval, that:

1. Plaintiff's Amended Complaint shall be filed by January 8, 2026;
2. Liberty Mutual's response to Plaintiff's Amended Complaint shall be filed by January 29, 2026;
3. The Parties shall meet and confer regarding initial disclosures, settlement, and a discovery plan by February 5, 2026;

4. The Parties shall exchange their Rule 26(a)(1) initial disclosures by <u>February 13, 2026</u>;

5. The Parties shall file a joint initial case management statement with a discovery plan by <u>March 3, 2026</u>;

6. The January 27, 2026 Initial Case Management Conference (Dkt. 11) shall be continued to <u>March 10, 2026</u>.

IT IS SO STIPULATED.

Dated: December 29, 2025

BY: */s/ Vahan Mikayelyan*
   Vahan Mikayelyan
   **HAFFNER LAW PC**

   *Counsel for Plaintiff*

BY: */s/ Ankur Mandhania*
   Ankur Mandhania
   **MAYER BROWN LLP**

   *Counsel for Liberty Mutual Group, Inc. and Liberty Mutual Retirement Committee*

**FILER'S ATTESTATION**

I, Ankur Mandhania, pursuant to Civil Local Rule 5-1(i), attest that all other signatories listed and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: December 29, 2025

BY: */s/ Ankur Mandhania*
   Ankur Mandhania
   **MAYER BROWN LLP**

   *Counsel for Liberty Mutual Group, Inc. and Liberty Mutual Retirement Committee*

# ORDER

Having considered the stipulation of the parties and good cause appearing, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court Orders as follows:

1. Plaintiff's Amended Complaint shall be filed by January 8, 2026;
2. Liberty Mutual's response to Plaintiff's Amended Complaint shall be filed by January 29, 2026;
3. The Parties shall meet and confer regarding initial disclosures, settlement, and a discovery plan by February 5, 2026;
4. The Parties shall exchange their Rule 26(a)(1) initial disclosures by February 13, 2026;
5. The Parties shall file a joint initial case management statement with a discovery plan by March 3, 2026; and
6. The January 27, 2026 Initial Case Management Conference shall be continued to March 10, 2026 at 2 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 11.

IT IS SO ORDERED

Date: 12/30/2025

_____
HONORABLE HAYWOOD S. GILLIAM, JR., UNITED STATES DISTRICT COURT JUDGE