Joshua H. Haffner, Esq. SBN 188652
jhh@haffnerlawyers.com
Alfredo Torrijos, SBN 222458
at@haffnerlawyers.com
Vahan Mikayelyan, Esq. SBN 337023
vh@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Shaun C. Setareh, SBN 204514
shaun@setarehlaw.com
Thomas A. Segal, SBN 222791
thomas@setarehlaw.com
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

*Counsel for Plaintiff*

Ankur Mandhania (SBN 302373)
**MAYER BROWN LLP**
575 Market Street, Suite 2500
San Francisco, California 94105
Telephone: (415) 874-4230
Facsimile: (650) 331-2060
amandhania@mayerbrown.com

Richard E. Nowak (*Pro Hac Vice*)
Nancy G. Ross (*Pro Hac Vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rnowak@mayerbrown.com
nross@mayerbrown.com

Jordan C. Hilton (*Pro Hac Vice*)
**MAYER BROWN LLP**
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 907-2700
Facsimile: (202) 263-3300
jhilton@mayerbrown.com

*Counsel for Defendants Liberty Mutual
Group, Inc., and Liberty Mutual Retirement
Committee*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY LESTER PEREZ, individually, and as representative of a class of participants and beneficiaries and on behalf of the Liberty Mutual 401K Plan,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL RETIREMENT COMMITTEE<br><br>Defendants. | Case No. 4:25-cv-08775-HSG<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR LIBERTY MUTUAL'S MOTION TO DISMISS (as modified)** |

1756711883.2

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rules 6-1 and 6-2 of the Northern District of California, Plaintiff Lester Perez ("Plaintiff") and Defendants Liberty Mutual Group, Inc. and Liberty Mutual Retirement Committee (collectively, "Liberty Mutual") (collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request the Court extend certain existing case deadlines as follows:

WHEREAS, Plaintiff filed the First Amended Class Action Complaint (Dkt. 33) on January 8, 2026 (Dkt. 33);

WHEREAS, Liberty Mutual filed a Motion to Dismiss the First Amended Class Action on January 29, 2026 (Dkt. 34);

WHEREAS, Plaintiff's Opposition is currently due on February 12, 2026, and Liberty Mutual's Reply is currently due on February 19, 2026;

WHEREAS, the Parties, through their respective counsel, have met and conferred in good faith and agreed on a briefing schedule and hearing date for the pending Motion to Dismiss that includes brief extensions of time for both sides to file their respective briefs;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and subject to the Court's approval, that:

1. Plaintiff's Opposition to Liberty Mutual's Motion to Dismiss shall be filed by March 2, 2026;

2. Liberty Mutual's Reply in Support of its Motion to Dismiss shall be filed by March 16, 2026; and

3. The Hearing date for Liberty Mutual's Motion to Dismiss shall be April 9, 2026, or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR LIBERTY MUTUAL DEFENDANTS' MOTION TO DISMISS; CASE NO. 4:25-cv-08775-HSG

1756711883.2

Dated: February 2, 2026

BY: */s/ Vahan Mikayelyan*
    Vahan Mikayelyan
    **HAFFNER LAW PC**

    *Counsel for Plaintiff*

BY: */s/ Richard E. Nowak*
    Richard E. Nowak
    **MAYER BROWN LLP**

    *Counsel for Liberty Mutual Group, Inc.*
    *and Liberty Mutual Retirement*
    *Committee*

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR LIBERTY MUTUAL DEFENDANTS' MOTION TO DISMISS; CASE NO. 4:25-cv-08775-HSG

1756711883.2

**FILER'S ATTESTATION**

I, Richard E. Nowak, pursuant to Civil Local Rule 5-1(i), attest that all other signatories listed and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated: February 2, 2026

By: */s/ Richard E. Nowak*
Richard E. Nowak
**MAYER BROWN LLP**

*Counsel for Liberty Mutual Group, Inc. and Liberty Mutual Retirement Committee*

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR LIBERTY MUTUAL DEFENDANTS' MOTION TO DISMISS; CASE NO. 4:25-cv-08775-HSG

1756711883.2

**ORDER**

Having considered the stipulation of the parties and good cause appearing, the Court Orders as follows:

1. Plaintiff's Opposition to Liberty Mutual's Motion to Dismiss shall be filed by <u>March 2, 2026</u>;

2. Liberty Mutual's Reply in Support of its Motion to Dismiss shall be filed by <u>March 16, 2026</u>; and

3. The Hearing date for Liberty Mutual's Motion to Dismiss shall be <u>April 9, 2026 at 2 p.m.</u>

IT IS SO ORDERED

Date: 2/3/2026

HONORABLE HAYWOOD S. GILLIAM, JR.,
UNITED STATES  DISTRICT COURT JUDGE

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE FOR LIBERTY MUTUAL DEFENDANTS' MOTION TO DISMISS; CASE NO. 4:25-cv-08775-HSG

1756711883.2