**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESTER ANTHONY PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL GROUP INC., et al.,<br><br>Defendants. | Case No. 4:25-cv-08775-HSG<br><br>HON. HAYWOOD S. GILLIAM, JR.<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF VAHAN MIKAYELYAN AS ATTORNEY OF RECORD FOR PLAINTIFF** |

Having considered Motion For Withdrawal Of Vahan Mikayelyan As Attorney Of Record For Plaintiff Lester Anthony Perez ("Plaintiff"), the COURT ORDERS as follows:

Motion for Withdrawal of Vahan Mikayelyan as Attorney of Record for Plaintiffs, is GRANTED.

Dated:    7/10/2026

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE